IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAUL ESTRADA,

    Petitioner,

v.                                                                                                               No. 14-cv-0500 KG/SMV

JAMES JANECKA and
GARY K. KING,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

       This matter is before the Court *sua sponte* pursuant to Rule 11 of the Rules Governing Section 2254 Proceedings for the United States District Courts.  The Court now determines that Petitioner has failed to make a substantial showing that he has been denied a constitutional right. Therefore, the Court will deny a certificate of appealability.

       **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that no certificate of appealability shall issue.

       **IT IS SO ORDERED.**

                                                                                 **UNITED STATES DISTRICT JUDGE**