IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAUL ESTRADA,

    Petitioner,

v.                                                             No. 14-cv-0500 KG/SMV

JAMES JANECKA and
GARY K. KING,

    Respondents.

## JUDGMENT

The Court hereby enters judgment in this matter. Having dismissed this action with prejudice in an order entered concurrently herewith,

**IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF RESPONDENTS** on all of Petitioner's claims, which are hereby **DISMISSED with prejudice**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE